UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE | BANKRUPTCY CASE NO:13-42586 |
| Randal Joseph Lamarche Jr. | CHAPTER 13 |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that the undersigned appears for Todd D. Beauregard, Esquire and pursuant to Bankruptcy Rules 9010 (b) and 2002, requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon Amber Kovach Talbot of The Law Office of Todd D. Beauregard 25 Central Street Lowell, Massachusetts 01852.

Dated: October 25, 2013

Amber Kovach Talbot, Esquire
BBO# : 666553
The Law Office of Todd D. Beauregard
25 Central Street
Lowell, MA 01852
Tel: 978-275-1919
Fax: 978-275-1933
attykovach@gmail.com

DATE: October 25, 2013

/s/ Amber Kovach Talbot, Esquire
Amber Kovach BBO# 666553
LAW OFFICE OF TODD BEAUREGARD
25 Central Street
Lowell, MA 01852
(978) 275-1919

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE** | **BANKRUPTCY CASE NO:13-42586** |
| **Randal Joseph Lamarche Jr.** | **CHAPTER 7** |

## CERTIFICATE OF SERVICE

I, Amber Kovach, Esq., on behalf of Todd D. Beauregard P.C., hereby certify that on this date I served a copy of the foregoing to the following:

United States Trustee
(By ECF)

Chapter 13 Trustee
(By ECF)

Randal Joseph Lamarche Jr.
583 Broadway Street # 2
Lowell, MA 01854
(By US Post)

James Hayes Esquire
82 Otis Street Unit One
Cambridge, MA 02141
(By US Post)

DATE: October 25, 2013

/s/ Amber Kovach Talbot
Amber Kovach Talbot, Esq.
BBO #: 666553
LAW OFFICE OF TODD BEAUREGARD