UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE BANKRUPTCY CASE NO:13-42586

RANDAL JOSEPH LAMARCHE JR. CHAPTER 13

**RECEIVER TODD D. BEAUREGARD, ESQUIRE'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

NOW COMES Todd D. Beauregard, Esquire, court-appointed receiver, by and thru Counsel, and hereby requests relief from the automatic stay. In support of this motion, Attorney Beauregard states the following:

1) On September 11, 2013 Middlesex Probate and Family Court Judge Dorothy Gibson ordered that the Debtor pay $350 per week in child support to Julie Kenney (hereinafter, "Mother") (Docket # MI07W1804, MI071805 & MI03WD825)

2) This order was put into effect after Mother had learned that Debtor had received lump sum lottery winnings in the amount of $650,000 on August 26, 2013. (Exhibit A)

3) On that same day, Judge Gibson appointed Attorney Todd D. Beauregard (hereinafter "Receiver) as receiver to obtain and hold funds received by Debtor from the Massachusetts Lottery on August 26, 2013. (Exhibit B)

4) On September 26, 2013 Mother filed a Complaint for Contempt for Debtor's failure to comply with the September orders. (Exhibit C) A hearing on the matter was scheduled for October 10, 2013.

5) Debtor filed an emergency skeletal petition for Chapter 13 Bankruptcy on October 9, 2013.

6) On October 10, 2013 Judge Gibson issued an order allowing Receiver to pay Mother $350 per week from the funds he was holding and $1,500 in attorney's fees to Mother's Counsel. (Exhibit D)

7) $45,000 has been turned over to Receiver from Debtor's Counsel in the Probate and Family Court Matter and is currently being held in escrow.

8) Because of the automatic stay, Receiver is barred from turning over these funds to Mother.

9) Debtor's updated schedules for the Chapter 13 Bankruptcy petition were due on October 23, 2013.

10) He has since filed a request for an extension and it has been granted.

11) Mother is an unsecured, priority creditor.

12) Allowing Receiver to pay child support pursuant to the October 10 probate and family court order does not put any other creditors at an unfair disadvantage given her priority status.

13) Upon information and belief, Debtor has filed the bankruptcy for the purposes of evading his child support obligations.

14) Because of Debtor's attempt to stay the Probate and Family Court proceedings, Mother is incurring substantial legal fees.

WHEREFORE, Counsel for the Receiver prays that this court:

A. ALLOW Todd D. Beauregard as court-appointed receiver to withdraw $350 per week going forward plus any accumulated arrears since September 11, 2013 from the $45,000 of Debtor's funds he is currently holding per order of the Middlesex Probate and Family Court to satisfy the Debtor's ongoing child support obligation ;

B. ALLOW Todd D. Beauregard as court-appointed receiver to withdraw $1,500 and pay Counsel fees per Mother per the October 10, 2013 Middlesex Probate and Family Court order;

And

C. FOR such other relief as is just and equitable.

Respectfully submitted,
Todd D. Beauregard, Esq.,
By Counsel,

DATE: October 26, 2013

/s/ Amber Kovach Talbot, Esquire
Amber Kovach Talbot BBO# 666553
LAW OFFICE OF TODD BEAUREGARD
25 Central Street
Lowell, MA 01852
(978) 275-1919

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE BANKRUPTCY CASE NO:13-42586

RANDAL JOSEPH LAMARCHE JR., CHAPTER 13

## CERTIFICATE OF SERVICE

I, Amber Kovach Talbot, Esq., on behalf of Todd D. Beauregard, Esq., hereby certify that on October 29, 2013 I served a copy of the foregoing to the following:

United States Trustee
(By ECF)

Chapter 13 Trustee
(By ECF)

James Hayes, Esquire
82 Otis Street
Cambridge, MA 02141
(By First Class Mail)

George Pannas, Esquire
1141 Lakeview Ave.1st Floor
Dracut, MA 01826
(By First Class Mail)

Randall Joseph Lamarch Jr.
583 Broadway St. # 7
Lowell, MA 01854-3330
(By First Class Mail)

DATE: October 29, 2013

/s/ Amber Kovach Talbot
Amber Kovach Talbot, Esq.
BBO #: 666553
LAW OFFICE OF TODD BEAUREGARD
25 Central Street
Lowell, MA 01852
(978) 275-1919