B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)

# United States Bankruptcy Court

## District of Massachusetts

In re **Randal Joseph LAMARCHE, Jr.** Case No. **13-42586**

Debtor

Address **583 Broadway Street**
**Apartment 2**
**Lowell, MA 01854** Chapter **13**

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): **xxx-xx-2119**
Employer's Tax Identification (EIN) No(s). (if any): ________

**OBJECTION TO RECEIVER TODD D. BEAUREGARD, ESQUIRE'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

1. On October 29, 2013 Attorney Todd D. Beauregard filed a purported Motion to Lift the Automatic Stay.

2. The purported Motion materially failed to comply with with MLRB Appendix 1, MLRB Rule 13-16-1.

3. Specifically, the failure to comply with MLRB Rule 13-16-1seriously prejudices the rights and remedies available to the parties because:

   a. The movant made no effort to comply with MLRB Rule 13-16-1(a) (1) by conferring with debtor's counsel to make a reasonable good-faith effort to resolve or to narrow disputes as to the contents of movant's October 29, 2013 Motion For Relief From the Automatic Stay. Under the rules and in retrospect, the deadline to do so was October 22, 2013;

   b. The movant failed to comply with MLRB 13-16-1(a) (2) which requires that in the absence of the required pre-filing conference movant's counsel shall [in the motion] attest to the efforts made to initiate the conference with counsel to the debtor;

   c. The movant failed to comply with MLRB 13-16-1(a) (3) by failing to f ile with the Lift Stay motion the certificate required by either MLRB 13-16-1(a) (3) (A) or by MLRB 13-16-1(a) (3) (B).

   d. The movant failed to comply with MLRB 13-16-1 (c) by failing to provide with the motion the following information:
      (I) Total Amount owed to the moving party (MLRB 13-16-1(c) (2);
      (II) Total amount of the post-petition arrearage (MLRB 13-16-1(c) 5), and;
      (III) Total amount of the pre-petition arrearage MLRB 13-16-1(c) (6).

PRAYER FOR RELIEF

UNDERSIGNED COUNSEL FOR DEBTOR PRAYS THAT THIS OBJECTION BE SUSTAINED; THAT THE RECEIVER'S LIFT STAY MOTION BE DENIED WITHOUT PREJUDICE PURSUANT TO THE PROVISIONS OF MLRB 13-16-1(a) (4) AND MLRB 13-16-1(c); and for such other relief as this Honorable Court may deem fair and just

Date **November 12, 2013**

Signature **/s/ James Hayes BBO**
Name **James Hayes BBO 226790**
Address **James Hayes & Associates**
**82 Otis Street Unit One**
**Cambridge, MA 02141-1719**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com Best Case Bankruptcy