UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE BANKRUPTCY CASE NO:13-42586

RANDAL JOSEPH LAMARCHE JR. CHAPTER 13

**STIPULATION ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED ON BEHALF OF RECEIVER TODD D. BEAUREGARD, ESQUIRE**

NOW COME Randal Joseph Lamarche Jr. and Todd D. Beauregard, Esquire, by and thru Counsel, and hereby stipulates to the following:

1. On September 11, 2013 Middlesex Probate and Family Court Judge Dorothy Gibson ordered that the Debtor pay $350 per week in child support to Julie Kenney (hereinafter "Mother) (Docket # MI07W1804, MI07W1805, and MI03W0825).

2. On that same day Judge Gibson appointed Attorney Todd D. Beauregard (hereinafter "Receiver") as receiver to obtain and hold funds received by the Debtor from the Massachusetts Lottery on August 26, 2013.

3. On October 10, 2013 Judge Gibson issued an order allowing Receiver to pay Mother $350 per week from the funds he was holding and $1,500 in attorney's fees to Mother's Counsel.

4. $45,000 has been turned over to Receiver from Debtor's Counsel in the Probate and Family Court Matter and is currently being held in escrow by Receiver.

5. Debtor filed for Chapter 13 Bankruptcy Protection on October 9, 2013.

6. Receiver filed a Motion for Relief from the Automatic Stay on October 29, 2013.

7. A 341 hearing was conducted by Trustee Denise Pappalardo on December 6, 2013.

8. Given that the funds held by Receiver are specifically for the purposes of paying child support and there are not other domestic support holders to anyone's

knowledge the Debtor and the Receiver hereby agree to the following:

- Receiver shall be allowed to withdraw and shall withdraw from the funds currently held in escrow, child support payments that acrued in the amount of $350 per week from September 11, 2013 through the Friday prior to the date this order is accepted by the court and turn it over to Mother.

- This amount only represents what is owed to Mother from September 11, 2013 through the date of this order and does not represent any amount, if any, of child support arrearage owed prior to September 11, 2013.

- Beginning the first Friday after the date this order is accepted by the court, Receiver shall be allowed to withdraw $350 per week from the funds currently being held in escrow and turn it over to Mother for weekly child support payments.

- Receiver shall be allowed to withdraw $1,500 from the funds currently held in escrow and turn it over to Attorney George Panas of 1141 Lakeview Ave. Dracut, Massachusetts in compliance with the Probate and Family Court order dated October 10, 2013.

- Receiver shall be allowed to pay his reasonable fees from that account pursuant to any present or future order entered by the Middlesex Probate and Family Court.

Respectfully submitted,

DATE: December 12, 2013

/s/ Amber Kovach, Esquire
Attorney for Receiver Todd D. Beauregard
Amber Kovach BBO# 666553
LAW OFFICE OF TODD BEAUREGARD
25 Central Street
Lowell, MA 01852
(978) 275-1919

/s/ James Hayes, Esquire
Attorney for Debtor Randal J. Lamarche Jr.
James Hayes BBO # 226790
James Hayes and Associates
82 Otis Street Unit One

Cambridge, MA 02141
(617) 491-5145

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE BANKRUPTCY CASE NO:13-42586

RANDAL JOSEPH LAMARCHE JR., CHAPTER 13

CERTIFICATE OF SERVICE

I, Amber Kovach Talbot, Esq. hereby certify that on December 12, 2013 I served a copy of the foregoing to the following:

United States Trustee
(By ECF)

Chapter 13 Trustee
(By ECF)

George Pannas, Esquire
1141 Lakeview Ave.1st Floor
Dracut, MA 01826
(By First Class Mail)

DATE: December 12, 2013

/s/ Amber Kovach Talbot
Amber Kovach Talbot, Esq.
BBO#: 666553
LAW OFFICE OF TODD BEAUREGARD
25 Central Street
Lowell, MA 01852
(978) 275-1919