## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>RANDAL J. LAMARCHE, JR.<br><br>Debtor | Chapter 13<br>Case No. 13-42586-MSH |

### MOTION OF CHAPTER 13 TRUSTEE
### FOR ORDER DISMISSING CASE
### NOTICE OF BAR DATE OBJECTIONS/RESPONSES

Now comes the Chapter 13 trustee (the "Trustee") and respectfully moves that this court enter an Order dismissing this case and in support thereof states as follows:

1. On October 9, 2013, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On December 6, 2013, the Trustee convened and presided at a §341 meeting of creditors (the "Meeting").

3. The Trustee was unable to recommend confirmation of the Debtor's plan.

4. The Debtor is in arrears according to the terms of the proposed plan totaling $45,000.00 representing the lump sum payment. Pursuant to §1326(a)(1) of the Code, the Debtor is to commence plan payments within 30 days of the filing of the plan. Failure to do so is grounds for dismissal pursuant to 11 U.S.C. §1307( c)(4) of the Code.

**5. Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof. If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).**

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully submitted,

Office of the Chapter 13 Trustee

/s/ Denise M. Pappalardo
Denise M. Pappalardo, Trustee BBO # 553293
Joanne Zoto Psilos, Staff Attorney BBO #556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

Dated: 3/19/14

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | |
| RANDAL J. LAMARCHE, JR., ) | Chapter 13 |
| ) | Case No. 13-42586-MSH |
| Debtor ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within was sent to the Debtor, Debtor's counsel of record, and those parties who filed an appearance by first class mail, postage prepaid and/or electronically.

Dated: 3/19/14

/s/ Joanne Zoto Psilos
Denise M. Pappalardo, BBO # 553293
Joanne Zoto Psilos, BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

## SERVICE LIST

JAMES HAYES, ESQ.
82 OTIS STREET, UNIT ONE
CAMBRIDGE, MA 02141

RANDAL J. LAMARCHE, JR.
583 BROADWAY ST., APT. 2
LOWELL, MA 01852

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re ) | |
| ) | |
| RANDAL J. LAMARCHE, JR. ) | Chapter 13 |
| ) | Case No. 13-42586-MSH |
| Debtor ) | |
| ) | |

**ORDER DISMISSING CASE**

The Motion of the Chapter 13 Trustee for Order dismissing case having come before this Court, no objections having been filed, notice and an opportunity for a hearing having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

_____
U.S. Bankruptcy Judge

Dated: _____