**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
In re

Randal Joseph Lamarche

Chapter 13
Case No. 13-42586 -MSH

Debtor
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**

The debtor is hereby ordered to show cause in writing within 14 days of the date of this order why the case should not be dismissed for failure to respond to the trustee's motion to dismiss the case.

To the extent that the debtor claims he has cured the arrears, the debtor is to submit an affidavit that (1) he has cured all plan arrears that are the subject of the trustee's motion to dismiss along with copies of the checks, money orders or a print-out of the chapter 13 trustee's account of funds received from the debtor; (2) he is current on all payments which became due subsequent to the motion being filed and (3) which indicates the source of the funds used to cure the arrears.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: April 17, 2014